**Mary TEBBE, Appellant,**

v.

**Kerry TEBBE, Respondent.**

**No. ED 75828.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 11, 2000.

Cynthia Howlett, Clayton, for appellant.

M. Zane Yates, Richard B. Hein, St. Louis, for respondent.

Before: MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

Wife appeals the trial court's judgment of dissolution with respect to the division of marital property. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Friedman v. Friedman,* 965 S.W.2d 319, 322 (Mo.App.1998); *see also Halupa v. Halupa,* 943 S.W.2d 272, 277 (Mo.App.1997). An opinion reciting the detailed facts and restating the principles of law would have no precedential value.